AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Brian Berg | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:18-cv-13671-DML-APP |
| Credit Acceptance Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Berg.

Date:   11/30/2018

/s/ Stephen A. Thomas
*Attorney's signature*

Stephen A. Thomas (P43260)
*Printed name and bar number*
645 Griswold Street
Suite 1360
Detroit, MI  48226

*Address*

STHOMAS@313965BANK.COM
*E-mail address*

(313) 965-2265
*Telephone number*

(313) 962-8695
*FAX number*